UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SENIOR MANAGEMENT, INC., ) <br> PARKER MANUFACTURING, INC., ) <br> d/b/a PARKER ENTERPRISES, INC., ) <br>                           Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ARNETT GROUP, LLC, ) <br> CORNELL FUNDING SYNDICATE, LLC, ) <br> JOHN H. BELCH, INTERNATIONAL ) <br> FINANCES, LTD., JERRY ZEDNER, and ) <br> WILLIAM KOERNER, ) <br>                          Defendants. ) | **JUDGMENT** <br><br> No. 5:04-CV-651-BO |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, US District Court Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's renewed Motion for Summary Judgment [DE 37] is GRANTED IN PART and DENIED IN PART. Summary Judgment is GRANTED against defendants Belch, Arnett Group, and Cornell Funding as to Plaintiff's claims under the Securities Exchange Act of 1934, but is DENIED as to Plaintiff's remaining claims and as to defendants Zedner, International Finances, and Koerner.

Plaintiff's Oral Motion for Default Judgment as to their claims under the Securities Exchange Act of 1934 against defendants Zedner, International Finances, and Koerner is GRANTED.

Plaintiff's remaining claims are DISMISSED.

Judgment shall be entered against all remaining defendants, jointly and severally, in the amount of $1,194,657.00 as to Parker Enterprises, and $1,750,000.00 as to Senior Management. Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961(a).

The clerk shall close this file.

**This Judgment Filed and Entered on June 26, 2013, and Copies To:**

Arnett Group, LLC (P.O. Drawer 913, Hope Mills, NC 28348)
Cornell Funding Syndicate, LLC (P.O. Drawer 913, Hope Mills, NC 28348)
International Finances, LTD (16458 Collins Avenue, #2434, Sunny Isles Beach, FL 33160)
Jerry Zedner (P.O. Box 61036, North Miami, FL 33261-0306)
John H. Belch (P.O. Drawer 913, Hope Mills, NC 28348)
William Koerner (716 Bougainvillea Lane, Vero Beach, FL 32963)
Douglas E. Kingsbery (via CM/ECF notice of electronic filing)
Donald G. Hunt, Jr. (via CM/ECF notice of electronic filing)
Kristen G. Atkins (via CM/ECF notice of electronic filing)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| June 26, 2013 | /s/ Macy B. Fisher |
| | (By) Macy B. Fisher, Deputy Clerk |